# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MARK ENGEL, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 1:20-00082-KD-N |
| LIBERTY MUTUAL INSURANCE COMPANY, *et al.*, | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 32) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated March 17, 2020, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the motion to remand under 28 U.S.C. § 1447(c) (Doc. 28) filed by Plaintiff Mark Engel is **DENIED**.

DONE and ORDERED this 2nd day of April 2020.

> s/ Kristi K. DuBose
> KRISTI K. DuBOSE
> CHIEF UNITED STATES DISTRICT JUDGE