IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARK ENGEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 20-00082-KD-N |
| | ) |
| LIBERTY MUTUAL CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 47) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated April 8, 2020, is **ADOPTED** as the opinion of this Court.

Accordingly, the motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted filed by Defendant Lowe's (identifying itself as Lowe's Home Centers, LLC) (Doc. 22) is **GRANTED**, and Plaintiff's claims against Lowe's in this action are **DISMISSED with prejudice**.

**DONE** and **ORDERED** this the 27th day of April 2020.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE