IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARK ENGEL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:20-00082-KD-N |
| | ) |
| **LIBERTY INSURANCE** | ) |
| **CORPORATION,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (doc. 51) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated April 24, 2020, is **ADOPTED** as the opinion of this Court.

Accordingly, the motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted (doc. 18) filed by Defendant Donan Engineering Company, Inc. is **GRANTED**, and Plaintiff's claim against Donan is **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to terminate Donan as an active party to this action.

**DONE** and **ORDERED** this the 11th day of May 2020.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**