# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARK ENGEL,** | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 20-00082-KD-N |
| **LIBERTY INSURANCE CORPORATION, DONAN ENGINEERING COMPANY, INC.; COMPLETE DKI; ALACRITY SERVICES; LOWE'S; and WORLEY CLAIMS SERVICES, LLC[1]** | ) |
| Defendants. | ) |

## Order

This matter is before the Court on the joint Notice of Settlement (Doc. 159) filed by Pro Construction, LLC d/b/a Complete DKI and Alacrity Renovation Services, LLC. The remaining parties report that they have reached a settlement agreement as to the crossclaim and request thirty (30) additional days to "complete any settlement documentation." (Id.)

Upon consideration, this action is **DISMISSED with prejudic**e s**ubject to the right of either remaining party to reinstate the action within thirty (30) days of the date of this Order** should the settlement not be finalized.

Each party shall bear their own costs unless agreed otherwise in the settlement agreement.

---

[1] Defendants Donan Engineering Company, Inc.; Lowe's; and Worley Claims Services, LLC, have been dismissed (Docs. 63, 53, 49). Defendants Liberty Insurance Corporation; Pro Construction, LLC d/b/a Complete DKI; and Alacrity Renovation Services, LLC, motions for summary judgment have been granted. (Doc. 154)

Accordingly, the **pre-trial conference** set for Thursday, March 3, 2022, is **cancelled**.

**DONE** and **ORDERED** this the 2nd day of **March 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**