# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **MARK ENGEL,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 20-00082-KD-N |
| | ) |
| **LIBERTY INSURANCE COMPANY,** | ) |
| **DONAN ENGINEERING COMPANY,** | ) |
| **INC.; COMPLETE DKI; ALACRITY** | ) |
| **RENOVATION SERVICES LLC;** | ) |
| **LOWE'S; and WORLEYCLAIMS** | ) |
| **SERVICES, LLC,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the orders dismissing Defendants Donan Engineering Company, Inc., Lowe's, and Worley Claims Services, LLC, from this action (docs. 63, 53, 49), the order granting summary judgment in favor of Defendants Liberty Insurance Company, ProConstruction LLC d/b/a Complete DKI, and Alacrity Renovation Services, LLC and against Plaintiff Mark Engel (doc. 154), and the order dismissing the crossclaim between ProConstruction LLC d/b/a Complete DKI and Alacrity Renovation Services, LLC (doc. 160),[1] it is ORDERED, ADJUDGED, and DECREED that this action is DISMISSED with prejudice.

This judgment shall constitute a "separate document" in compliance with Rule 58(a) of the Federal Rules of Civil Procedure.

DONE and ORDERED this 6th day of April 2022.

    s / Kristi K DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] On March 2, 2022, the crossclaim was dismissed with prejudice subject to the right of either remaining party to reinstate the action within thirty (30) days, should the settlement not be finalized (doc. 160). To date, neither of the remaining parties have moved to reinstate this action.